## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| LINDA DICKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TJX COMPANIES, INC., )<br>)<br>and )<br>)<br>)<br>DAWN JONES, )<br>Defendants. ) | Case No. 2:17-cv-177<br><br>Removal from Fairfield County Court of<br>Common Pleas, Case No. 16CV000411 |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants The TJX Companies, Inc. and Dawn Jones, by and through their attorneys, file this Notice of Removal with respect to Case No. 16CV000411, filed in the Court of Common Pleas, Fairfield County, Ohio.  In support of this Notice, Defendants state as follows:

**I.     Background.**

1.     On July 15, 2016, Plaintiff Linda Dickson filed a Complaint in the Court of Common Pleas, Fairfield County, Ohio entitled *Dickson v. The TJX Companies, Inc. et al.*, Case No. 16CV00411.  Plaintiff's original Complaint stated claims for discrimination and retaliation in violation of the Ohio Civil Rights Act, OHIO REV. CODE § 4112.01, *et seq.*; for infliction of emotional distress under Ohio common law; for defamation, slander and liber under Ohio common law; and for declaratory relief pursuant to OHIO REV. CODE § 2721.

2.     On July 22, 2016, Defendant TJX was served with a summons and a copy of Plaintiff's Complaint.

3.     On September 28, 2016, Plaintiff filed an Amended Complaint.

36952100v.2

4.      On November 10, 2016, Defendant Jones was served with a summons and a copy of Plaintiff's Amended Complaint.

5.      On January 4, 2017, the Fairfield County Court of Common Pleas granted Plaintiff an extension of time until February 10, 2017 to file an amended complaint.

6.      On February 3, 2017, Plaintiff filed a Motion for Leave to File Second Amended Complaint. Plaintiffs served Defendants' counsel with a copy of the Second Amended Complaint via email on February 1, 2017. A copy of the Motion for Leave to File Second Amended Complaint and Second Amended Complaint are attached as Exhibit A.

7.      The Second Amended Complaint alleges, among other claims, violations under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq. See* Exhibit A.

8.      In accordance with 28 U.S.C. § 1446(a), true and correct copies of Plaintiff's Complaint, Defendant TJX's Motion to Dismiss Claim for Infliction of Emotional Distress, Defendant TJX's Answer to Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant TJX's Answer to Plaintiff's Amended Complaint, Defendant Jones' Answer to Plaintiff's Amended Complaint,  Plaintiff's Motion for Leave to File Second Amended Complaint, the Court's two Scheduling Orders, and the Court's Order granting an extension of time for Plaintiff to File an Amended Complaint from the state court action are attached hereto as Exhibit B. These documents constitute all other "process, pleadings, and orders" served on Defendants in the state court action seeking recovery against it.

9.      Because Defendants have filed this Notice of Removal within thirty days of receiving the Second Amended Complaint, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b)(3).

2

36952100v.2

**II.     Venue and Notice.**

10.     Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action has been pending.

11.     Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through her counsel of record.  A copy of the Notice of Removal will be filed with the Clerk of the Court of Common Pleas, Fairfield County, Ohio.

**III.     This Case Is Removable Based On Federal Question and Supplemental Jurisdiction.**

12.     Pursuant to 28 U.S.C. § 1331, and as explained further below, this Court has original jurisdiction over the instant action because this action arises under the laws of the United States.

13.     Plaintiff brings claims for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.* and the Ohio Civil Rights Act, OHIO REV. CODE § 4112.01, *et seq.*, and for declaratory relief pursuant to OHIO REV. CODE § 2721.

14.     Plaintiff's Title VII claims arise under the laws of the United States.

15.     Plaintiff's civil action filed in the Court of Common Pleas, Fairfield County, Ohio may be removed because this Court has original jurisdiction over Plaintiff's federal question claims pursuant to 28 U.S.C. § 1331.

16.     The Court's exercise of supplemental jurisdiction over Plaintiff's state law claims for  employment discrimination, retaliation and declaratory relief is proper because the state law claims are so related to Plaintiff's Title VII claims that they form part of the same case or controversy under Article III of the United States Constitution pursuant to 28 U.S.C. § 1367.

36952100v.2

## CONCLUSION

17.     Based on the foregoing, this Court has original jurisdiction over this action based upon federal question and supplemental jurisdiction pursuant to, respectively, 28 U.S.C. §§ 1331 and 1367; thus, the Court properly may exercise jurisdiction over this lawsuit. 28 U.S.C. § 1441(a).

18.     Should Plaintiff seek to remand this case to state court, Defendants respectfully asks that they be permitted to brief and argue the issue before any order remanding this case. In the event that the Court decides remand is proper, Defendants asks that the Court retain jurisdiction and allow Defendants to file a motion asking this Court to certify any remand order for interlocutory review by the U.S. Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1292(b).

WHEREFORE, Defendants request that the above-described action pending against it be removed to this Court.  Defendants also request all other relief, at law or in equity, to which it justly is entitled.

**DATED: March 1, 2017**                                              Respectfully submitted,


s/ *Brad E. Bennett*

Brad E. Bennett  (0076215)
beb@zrlaw.com
Drew C. Piersall (0078085)
dcp@zrlaw.com
**Zashin & Rich Co., L.P.A.**
17 South High Street, Suite 900
Columbus, Ohio 43215
(216) 224-4411

-and-

William F. Dugan (*pro hac vice* admission anticipated)

4

36952100v.2

Cheryl A. Luce (*pro hac vice* admission anticipated)
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 460-5000


*Counsel for the TJX Companies, Inc. and Dawn Jones*

5

36952100v.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2017, a copy of the foregoing *Defendants'*
*Notice of Removal* was electronically filed. All parties and counsel of record will receive notice
and service of this document through the Court's electronic filing system. Parties may access this
filing through the Court's system. I also certify that a true and accurate copy of the foregoing
was served via electronic mail upon the following counsel for the Plaintiff:


Todd Fichtenberg
todd@skinnerattorneys.com
Dann Skinner
dan@skinnerattorneys.com
**Skinner & Associates**
6420 E. Main Street
#202
Reynoldsburg, OH 43068


s/ *Brad E. Bennett*_____
*Counsel for the TJX Companies, Inc. and*
*Dawn Jones*

36952100v.2